# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10738-JHN (MLG) | Date | April 16, 2012 |
|---|---|---|---|
| Title | Bruce Westin v. Deputy Alex Vaziri | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    In Chambers: Order to Show Cause

    This action was filed on January 6, 2012. The Court issued a summons to Plaintiff on February 8, 2012, so that Plaintiff could effect service upon Defendant in conformity with Fed.R.Civ.P. 4(i) through the United States Marshal. As of this date, the service packet has not been sent to the Marshal for execution.

    IT IS ORDERED that on or before May 7, 2012, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to take affirmative steps to serve Defendant. If Plaintiff fails to respond to this order within the time specified or fails to demonstrate good cause for the failure to take any steps to effect service, he will be deemed to consent to a dismissal of the action.

                                                                                                                                    :

Initials of Clerk    ts