JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRUCE WESTIN,

    Plaintiff,

    v.

DEPUTY ALEX VAZIRI,

    Defendant.

Case No. CV 11-10738-MWF (MLG)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 28, 2012



Michael W. Fitzgerald
United States District Judge