1
2  JS - 6/ENTER
3
4
5
6
7
8
9
10
11



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12
13  BRUCE WESTIN,                 )   Case No. CV 11-10738-MWF (MLG)
                                  )
14          Plaintiff,            )   JUDGMENT
                                  )
15      v.                        )
                                  )
16  DEPUTY ALEX VAZIRI,           )
                                  )
17          Defendant.            )
    _____)
18
19      IT IS ADJUDGED that the action is dismissed without prejudice.
20
21  Dated: August 28, 2012
22
23                                    [signature]
24  
                                      _____
25                                    Michael W. Fitzgerald
                                      United States District Judge
26
27
28